

ACCEPTED
15-25-00092-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/20/2025 6:01 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/20/2025 6:01:53 PM
CHRISTOPHER A. PRINE
Clerk

Jane Webre
Direct Dial: 512.495.6320
jwebre@scottdoug.com

June 20, 2025

<u>VIA E-FILING</u>

Mr. Christopher Prine
Clerk, Fifteenth Court of Appeals

In Re:   No. 15-25-00092-CV, Bright Health Management, Inc. v. Cantilo & Bennett, L.L.P., Special Deputy Receiver of Bright Healthcare Insurance Company of Texas

And

No. 15-25-_____-CV; In re Bright Health Management, Inc.

Dear Mr. Prine:

I represent Cantilo & Bennett, L.L.P., Special Deputy Receiver of Bright Healthcare Insurance Company of Texas (the "SDR"). The SDR is the Appellee in No. 15-25-00092-CV and the Real Party in Interest in the parallel mandamus proceeding filed less than an hour ago. Both actions seek review of an order signed on May 6, 2025, by the Receivership Court for Bright Healthcare Insurance Company of Texas that requires Bright Health Management, Inc. ("BHM") to turn over to the SDR certain pre-receivership materials relating to Bright Healthcare Insurance Company of Texas.

BHM filed a motion for stay of the order pending this Court's review. It styled the motion as an "Emergency," and filed it after 5:00 p.m. on a Friday, even though the order was signed in early May, and BHM's appeal has been pending for more than a month. Moreover, the "Emergency" motion states that the order includes a "final deadline" of August 4. The SDR intends to file a response to the Motion, and will file it by next Friday, June 27. We respectfully ask that the Court not rule on the emergency motion before that time.

Please let me know if there are questions, or if we can be of any assistance to the Court.

Very truly yours,

Jane Webre

4933-1273-1471

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michaelle Peters on behalf of Jane Webre
Bar No. 21050060
mpeters@scottdoug.com
Envelope ID: 102267037
Filing Code Description: Letter
Filing Description: Webre Letter to 15th Court of Appeals
Status as of 6/20/2025 6:30 PM CST

Associated Case Party: Cantilo & Bennett, LLP as Special Deputy Receiver for Bright Health Insurance Company of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 6/20/2025 6:01:53 PM | SENT |
| Jane Webre | | jwebre@scottdoug.com | 6/20/2025 6:01:53 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 6/20/2025 6:01:53 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Fuller | 7515500 | cfuller@fullerlaw.org | 6/20/2025 6:01:53 PM | SENT |
| Gregory Pierce | 15994250 | gpierce@gpiercelaw.com | 6/20/2025 6:01:53 PM | SENT |
| Patricia Muniz | | pmuniz@inquestresources.com | 6/20/2025 6:01:53 PM | SENT |
| Brian Falligant | | bfalligant@inquestresources.com | 6/20/2025 6:01:53 PM | SENT |
| Rachael Padgett | | rpadgett@maynardnexsen.com | 6/20/2025 6:01:53 PM | SENT |
| Lauren Feldott | | lfeldott@maynardnexsen.com | 6/20/2025 6:01:53 PM | SENT |
| Lisa Alcantar | | lalcantar@maynardnexsen.com | 6/20/2025 6:01:53 PM | SENT |
| Carlos R.Soltero | | CSoltero@MaynardNexsen.com | 6/20/2025 6:01:53 PM | SENT |
| Max Mendel | | mmendel@maynardnexsen.com | 6/20/2025 6:01:53 PM | SENT |
| Brytne Kitchin | | bkitchin@maynardnexsen.com | 6/20/2025 6:01:53 PM | SENT |